UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-MJ-01065-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| IAN M. GRANT, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the motion of the Defendant for a speedy trial pursuant to the Interstate Agreement on Detainees Act and to appoint counsel, filed on October 29, 2014 [DE-8]. In an order dated November 7, 2014, the court directed the Federal Public Defender to provide representation to the Defendant [DE-10]. The Federal Public Defender is further directed to advise the court within fourteen (14) days of the date of this order as to whether there are any remaining issues in Defendant's motion for a speedy trial requiring attention from the court.

SO ORDERED, this the 13th day of November 2014.

Robert B. Jones, Jr.,
United States Magistrate Judge